UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF VIRGINIA
RICHMOND DIVISION

In re:

ERIC P. MAY,                          Case No. 13-35598-KRH

    Debtor.                            Chapter No. 13

BRANCH BANKING & TRUST COMPANY,

    Plaintiff,

v.

ERIC P. MAY
and ROBERT E. HYMAN, Trustee,

    Defendants.

## ORDER GRANTING RELIEF FROM STAY

Upon consideration of Branch Banking & Trust Company ("Plaintiff") to modify the automatic stay; it is

**ORDERED** that the automatic stay imposed by 11 U.S.C § 362 is modified to permit the movant and its successors and assigns to enforce the lien of its deed of trust as it pertains to the real property located at 1556 Rock Castle Road, Goochland, Virginia, and is more particularly described as follows:

> All that certain lot, piece or parcel of land, lying and being in Lickinghole District, Goochland County, Virginia, designated as Lot 1, as more particularly shown on plat of survey entitled "Plat of Survey of Six Lots totaling 16 28 acres for Henry A Wootton Estate, Lickinghole District, Goochland County, Virginia", dated August 31, 1988, made by Michael L Parrish & Assoc , Professional Land Surveyors, a copy of which is recorded in Plat Cabinet A #359, and to which reference is hereby made for a more particular description herein conveyed

**Deborah S. Kirkpatrick, Esq.**
VSB #32987
Post Office Box 10275
Virginia Beach, VA 23450-0275
Ph: (757) 233-0281; Fax: (757) 233-0277
**Counsel for Branch Banking & Trust Company**

BEING a portion of the real estate conveyed to Eric P May by deed from Christopher Gilbert dated December 12, 2008 and recorded immediately prior hereto in the Clerk's Office, Circuit Court, County of Goochland, Virginia

which relief shall extend to the purchaser at the foreclosure sale to allow the purchaser to

take such action under state law, as may be necessary, to obtain possession of the property.

Feb 26 2014

DONE at Richmond, Virginia, this ___ day of February, 2014.

Entered on Docket:2/26/14

/s/ Kevin R. Huennekens
_____
Kevin R. Huennekins, Judge
United States Bankruptcy Court
Eastern District of Virginia

I ASK FOR THIS:

/s/ Deborah S, Kirkpatrick_____
Deborah S. Kirkpatrick, Esq.
Counsel for Branch Banking & Trust Company


Copy to:

Deborah S. Kirkpatrick, Esq.
Counsel for Branch Banking & Trust Company
P.O. Box 10275
Virginia Beach, VA 23450-0275

Christopher M. Winslow, Esq.
Via CM/ECF
1324 Sycamore Square, Suite 202C
Midlothian, VA 23113

Robert E. Hyman, Trustee
Via CM/ECF
P.O. Box 1780
Richmond, VA 23218-1780

Eric P. May, Debtor
Via U.S. Mail
1556 Rock Castle Rd.
Goochland, VA 23063

## CERTIFICATION

    The undersigned certifies that the foregoing Order Granting Relief From Stay is identical to the form order required by Administrative Order 10-2 and that no modifications, additions, or deletions have been made and the undersigned hereby certifies that the foregoing order has been served on all necessary parties pursuant to Bankruptcy Rule 9022 who are as follows:  Eric P. May, 1556 Rock Castle Rd., Goochland, VA 23063; Christopher M. Winslow, Esq., 1324 Sycamore Square, Suite 202C, Midlothian, VA 23113; and Robert E. Hyman, Trustee, P.O. Box 1780, Richmond, VA 23218-1780.

                                             /s/ Deborah S. Kirkpatrick
                                                Attorney for Movant